# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133416(43)

COMMUNITY RESOURCE CONSULTANTS, INC.,

Plaintiff-Appellee,

v

SC: 133416
COA: 269726
Ingham CC: 04-000879-CK

PROGRESSIVE MICHIGAN INSURANCE COMPANY,

Defendant-Appellant.

_____

       On order of the Chief Justice, the motion by plaintiff-appellee for extension to November 9, 2007 of the time for filing its supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007

_____
Clerk